**Dismiss and Opinion Filed August 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-22-00560-CV
_____

**MARSHALL REINHART, Appellant**
**V.**
**LLEAH LYNELLE NARRELL, A/K/A LLEAH LYNELLE HOLLIS, INDIVIDUALLY AND AS LEGAL GUARDIAN FOR H.S.W., A MINOR, S2 EQUITIES, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18350**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated June 8, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 8, 2022, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

On July 7, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

220560f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

MARSHALL REINHART,
Appellant

No. 05-22-00560-CV     V.

LLEAH LYNELLE NARRELL,
A/K/A LLEAH LYNELLE HOLLIS,
INDIVIDUALLY AND AS LEGAL
GUARDIAN FOR H.S.W., A
MINOR, S2 EQUITIES, LLC,
Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-18350.
Opinion delivered by Justice
Osborne. Justices Schenck and Smith
participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered this 11th day of August, 2022.